**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

OCT 10 2025

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

KEITH LAWRENCE MCMURRAY,

Defendant - Appellant.

No. 24-7438

D.C. No.
3:12-cr-00360-AB-1

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Oregon
Amy M. Baggio, District Judge, Presiding

Submitted August 19, 2025[**]

Before:     SILVERMAN, HURWITZ, and BADE, Circuit Judges.

Keith Lawrence McMurray appeals from the district court's order denying

his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). We have

jurisdiction under 28 U.S.C. § 1291. Reviewing for abuse of discretion, *see United

States v. Keller*, 2 F.4th 1278, 1281 (9th Cir. 2021), we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

McMurray contends the district court relied on clearly erroneous facts, failed to explain why it rejected his arguments, and abused its discretion in concluding that the danger he poses to the public and the 18 U.S.C. § 3553(a) factors as a whole do not support compassionate release. These claims are unavailing. The court's factual findings concerning McMurray's conduct while incarcerated and his failure to complete treatment are supported by the record. Moreover, the record reflects that the court understood and considered McMurray's arguments but did not find them convincing. Finally, the court did not abuse its discretion in concluding that a sentence reduction would not be consistent with the § 3553(a) sentencing factors or the applicable Guidelines' policy statements. *See Keller*, 2 F.4th at 1284; *United States v. Robertson*, 895 F.3d 1206, 1213 (9th Cir. 2018) (district court abuses its discretion only if its decision is illogical, implausible, or not supported by the record).

**AFFIRMED.**

24-7438